IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JUNIOR LEE BASS, #71749**                                                                        **PLAINTIFF**

v.                                                              CIVIL ACTION NO. 1:21-cv-51-TBM-RPM

**ISADORE PATRICK, Judge,**
**and RICHARD JOHNSON, Attorney**                                          **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court sua sponte for consideration of dismissal. Pursuant to the Order Denying Plaintiff's Motions for Leave to Proceed In Forma Pauperis and Dismissing Case issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 16th day of June, 2021.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE